**Frances Shireman BROWN, Respondent,**

v.

**Jeffrey L. BROWN, Appellant.**

**No. WD 50328.**

Missouri Court of Appeals,
Western District.

May 21, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Jeffrey L. Brown, pro se.

James T. Cook, Kansas City, for respondent.

Before FENNER, C.J., P.J., and EDWIN H. SMITH and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from decree of dissolution which denied request for maintenance, divided marital property, and denied request for attorney's fees.

Judgment affirmed. Rule 84.16(b).